BIGGER & HARMAN, APC
Mark Bigger SBN # 226499
1701 Westwind Drive, #203
Bakersfield, California 93301
Telephone: (661) 859-1177
Facsimile: (661) 664-7815

Attorney for Defendant,

James Adams

FILED
FEB 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA- BAKERSFIELD DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>James Adams,<br><br>Defendant. | Citation No.: 6552489 / CA14<br>5:17-po-00041- JLT<br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE**<br>**[Federal Rule 43(b)2]**<br><br>Date:<br>Time:<br>Div: |

The undersigned defendant, having been advised of his rights to be present at all stages of the proceedings, including all motions, legal arguments and trial, and having been advised of his right to be confronted by and cross-examine witnesses, hereby waives the right to be present at any and all proceedings herein stated.

The undersigned hereby requests the court to proceed during every absence of defendant, and hereby agrees that defendant's interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant was personally present in court.

Defendant further agrees that notice to defendant's attorney that defendant's presence in court on a particular day at a particular time is required, shall be deemed notice to defendant of said requirement for her appearance at said time and place.

Waiver of Personal Appearance

1  Defendant further agrees and expressly permits defendant's attorney to enter a plea
2  of not guilty, guilty, or no contest to the charges. And further waives defendant's
3  presence at sentencing, agreeing that notice to defendant's attorney of the sentence in
4  this case will be notice to defendant. If probation is granted, defendant hereby agrees to
5  accept and follow all terms and conditions of said probation, and/or all other lawful
6  orders of the court regarding sentencing in this matter.

7  Defendant expressly warrants by signing this document that he does not live in the
8  city of Bakersfield and it would be a financial hardship for her to be present for each
9  hearing and in the interests of justice requests that his presence not be required.

10
11  Date: 2/4/17
12                                            _____
                                                      James Adams
13                                            3600 Silver Ridge Ct.
                                                      Street Address
14
15                                            Rosamond, CA 93560
                                                      City, State, Zip
16
17  Date:
18   2/4/17
19                                            _____
                                                      Mark Bigger
20                                                    Attorney for Defendant

21                          **ORDER**
22  GOOD CAUSE APPEARING, it is hereby ordered that the Defendant's
23  appearance may be waived on  2/28/17  .
24
25  Dated: 2/24/17                            _____
                                                      Jennifer L. Thurston,
26                                                    U.S. Magistrate Judge
27

Waiver of Personal Appearance